IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARREN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-044 |
| | ) | |
| BILLY BROWN, Warden of Dodge State Prison, et al., | ) ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

On May 5, 2008, Plaintiff commenced the above-captioned case *pro se* pursuant to 42 U.S.C. § 1983. (Doc. no. 1.) On March 13, 2009, United States District Judge Dudley H. Bowen, Jr., dismissed several of Plaintiff's allegations for failure to state a claim and transferred the remaining claims to the Northern District of Georgia because venue was proper in that district. (Doc. nos. 28, 37.)

Plaintiff now requests copies of all exhibits he filed in this Court so that he may re-file a separate case in the Northern District. (Doc. no. 38.) Plaintiff is not entitled to free copies of exhibits he submitted with his pleadings. Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in*

*forma pauperis*, to free copies of court documents, including his own pleadings.").
Accordingly, the Court **DENIES** Plaintiff's motion. (Doc. no. 38.)

SO ORDERED this 14th day of July, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA